IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL NO. 1:08cr132WJG-JMR

GREGORY BRENT WARR (1) and
LAURA JEAN WARR (2)


O R D E R


        THIS CAUSE is before the Court on motion [68] of Defendant Gregory Brent Warr to

utilize prospective juror questionnaires.  Warr requests that a juror questionnaire be mailed to

each prospective juror for this trial.  Though the United States objects to the use of a juror

questionnaire, both the United States and Warr have offered versions of a questionnaire for the

Court's consideration.

        Federal Rule of Criminal Procedure 24 addresses the examination of potential jurors in a

criminal trial. Rule 24 states:

> The court may examine prospective jurors or may permit the attorneys for the parties to
> do so. If the court examines the jurors, it must permit the attorneys for the parties to ask
> further questions that the court considers proper; or submit further questions that the court
> may ask if it considers them proper.

FED. R. CRIM. P. 24(a).

        The district court has wide discretion in the method in which in conducts voir dire. *See*

*United States v. Shannon*, 21 F.3d 77, 82 (5th Cir. 1994). This discretion extends to deciding

whether to use a questionnaire for potential jurors, especially if the court allows adequate

questioning during voir dire. *United States v. Flores*, 63 F.3d 1342, 1354 (5th Cir. 1995).

The Court has thoroughly considered the proffered questions and believes that voir dire will provide each party with an opportunity to adequately question all prospective jurors for this trial. The Court therefore finds that the juror questionnaire is unnecessary and will not be utilized. It is, therefore,

ORDERED AND ADJUDGED that Defendant's motion [68] to utilize prospective juror questionnaires be, and is hereby, denied.

SO ORDERED AND ADJUDGED, this the 1st day of July, 2009.

_Walter J. Gex III_
UNITED STATES SENIOR DISTRICT JUDGE